**E-Filed 4/22/2011**

1  George C. Summerfield
   Stadheim & Grear Ltd.
2  400 North Michigan Avenue
   Suite 2200
3  Chicago, Illinois 60611
   Telephone: (312) 755-4400
4  Facsimile: (312) 755-4408
   summerfield@stadheimgrear.com
5
   *Attorney for Plaintiff*
6  *MobilOpsis, Inc.*

   MARK D. FOWLER
   mark.fowler@dlapiper.com
   CHRISTINE K. CORBETT
   christine.corbett@dlapiper.com
   DLA PIPER LLP (US)
   2000 University Avenue
   East Palo Alto, CA 94303-2214
   Tel: 650-833-2000
   Fax: 650-833-2001

   DAVID ALBERTI, Bar No. 220625
   dalberti@feinday.com
   YAKOV ZOLOTOREV, Bar No. 224260
   yzolotorev@feinday.com
   Feinberg Day Alberti & Thompson LLP
   401 Florence Street, Suite 200
   Palo Alto, CA 94301
   Telephone: (650) 618-4360

   *Attorneys for Defendant*
   *Apple Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOBILOPSIS, INC., An Alberta Corporation<br><br>Plaintiff,<br><br>v.<br><br>APPLE INC., A California Corporation<br><br>Defendant. | CASE NO. 10-CV-4456-JF<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AS MODIFIED BY THE COURT |

-2-

1   WHEREAS, plaintiff Mobilopsis, Inc. ("Mobilopsis") filed its complaint for patent infringement
2   against Apple Inc. ("Apple") on October 1, 2010;

4   WHEREAS, Mobilopsis served its complaint on Apple on March 29, 2011;

6   WHEREAS, Apple recently retained outside counsel, and such counsel is in the process of
7   acquainting itself with the issues in the case;

9   WHEREAS, the parties stipulated that Apple shall respond to the complaint on or before May 19,
10  2011;

12  WHEREAS, the parties are continuing to explore the possibility of settlement;

14  WHEREAS, the Court has scheduled a Case Management Conference for April 29, 2011, with a
15  Joint Case Management Conference Statement to be filed on April 22, 2011.

17  THEREFORE, for the aforementioned reasons, the parties hereby stipulate and request a 45-day
18  extension in which to file their Joint Case Management Statement and a 45-day extension of the
19  Case Management Conference (on a date convenient to the Court).

STIPULATION EXTENDING TIME TO CMC
NO. 10-CV-4456-JF

```
 1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.
 2
      Dated: April 21, 2011                    STADHEIM & GREAR LTD.
 3
 4                                             By /s/ George C. Summerfield
                                                  GEORGE C. SUMMERFIELD
 5
                                               Attorney for Plaintiff
 6                                             MobilOpsis, Inc.
 7
      Dated: April 21, 2011                    DLA PIPER LLP (US)
 8
 9
                                               By /s/ Mark D. Fowler
10                                                MARK D. FOWLER
                                                  CHRISTINE K. CORBETT
11
                                               Attorneys for Defendant,
12                                             APPLE INC
```

### ATTESTATION CLAUSE

In accordance with General Order 45.X.B., George C. Summerfield counsel for MobilOpsis, Inc., attests that each other signatory listed has concurred in this filing.

The Case Management Conference is CONTINUED to June 17, 2011, at 10:30 a.m.

IT IS SO ORDERED

Dated: 4/22/2011

_____
U.S. DISTRICT JUDGE        Date