| | |
|---|---|
| George C. Summerfield<br>Stadheim & Grear Ltd.<br>400 North Michigan Avenue<br>Suite 2200<br>Chicago, Illinois  60611<br>Telephone:  (312) 755-4400<br>Facsimile:  (312) 755-4408<br>Email:  *summerfield@stadheimgrear.com*<br><br>Attorney for Plaintiff<br>MobilOpsis, Inc. | MARK D. FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>CHRISTINE K. CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br><br>DAVID ALBERTI (Bar No. 220625)<br>dalberti@feinday.com<br>YAKOV ZOLOTOREV (Bar No. 224260)<br>yzolotorev@feinday.com<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone:  650.618.4360<br><br>Attorneys for Defendant<br>Apple Inc. |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOBILOPSIS, INC.,<br>An Alberta Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br> A California Corporation,<br><br>    Defendant. | Case No. CV 10-4456 JF (HRL)<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXTEND CASE<br>DEADLINES |

Whereas, Plaintiff Mobilopsis, Inc. ("Mobilopsis") served its infringement contentions on July 1, 2011;

Whereas, Plaintiff Mobilopsis served amended infringement contentions on July 13, 2011;

Whereas, Plaintiff Mobilopsis served second amended infringement contentions on August 4, 2011;

Whereas, the parties are currently meeting-and-conferring regarding Mobilopsis' infringement contentions.

WEST\224146392.1
337722-000029

THEREFORE, the parties hereby stipulate and agree to an extension of the schedule to allow Apple additional time to prepare its invalidity contentions in light of the meet-and-confer discussions regarding Mobilopsis' infringement contentions. The parties hereby stipulate and agree to the following new dates set forth in the table below:

| Event | Old Date | New Date |
|---|---|---|
| Deadline for Apple to serve invalidity contentions (and *PR3-4* document production). *PR3-3* | August 15, 2011 | September 1, 2011 |
| Deadline for parties to exchange proposed terms for construction and identify any claim element governed by 35 U.S.C. § 112(6) *PR 4-1* | August 29, 2011 | September 15, 2011 |
| Deadline for parties to exchange preliminary proposed claim construction and extrinsic evidence supporting same *PR4-2* | September 19, 2011 | October 6, 2011 |
| Deadline to file Joint Claim Construction and Prehearing Statement; provide an estimate of how many pages are needed to brief the dispute *PR 4-3* | October 14, 2011 | November 3, 2011 |
| Deadline to complete claim construction discovery *PR 4-4* | November 14, 2011 | December 5, 2011 |
| Deadline for party claiming patent infringement to serve and file opening claim construction brief *PR4-5(a)* | November 28, 2011 | December 19, 2011 |
| Deadline to serve and file responsive brief and supporting evidence *PR 4-5(b)* | December 12, 2011 | January 9, 2012 |
| Deadline for party claiming patent infringement to serve and file reply claim construction brief *PR 4-5(c)* | December 19, 2011 | January 16, 2012 |
| Claim Construction Hearing *PR 4-6* | February 6, 2012 | February 6, 2012 |

WEST\224146392.1
337722-000029  -2-

|   |   |
|---|---|
| /s/ *George C. Summerfield* | /s/ *Christine K. Corbett* |
| George C. Summerfield | Mark Fowler |
| Stadheim & Grear Ltd. | Christine K. Corbett |
| 400 North Michigan Avenue | DLA Piper LLP (US) |
| Suite 2200 | 2000 University Avenue |
| Chicago, Illinois  60611 | East Palo Alto, CA 94303 |
| Telephone:  (312) 755-4400 | Telephone: (650) 833-2000 |
| Facsimile:  (312) 755-4408 | Facsimile: (650) 833-2001 |
| Email:  *summerfield@stadheimgrear.com* | Email: mark.fowler@dlapiper.com |
|   | Email: christine.corbett@dlapiper.com |
| Attorney for Plaintiff |   |
| MobilOpsis, Inc. | Attorneys for Defendant |
|   | Apple Inc. |

IT IS SO ORDERED:

Dated:  8/12/11

_____

JUDGE FOGEL
United States District Judge

WEST\224146392.1
337722-000029 -3-