| | |
|---|---|
| George C. Summerfield<br>Stadheim & Grear Ltd.<br>400 North Michigan Avenue<br>Suite 2200<br>Chicago, Illinois 60611<br>Telephone: (312) 755-4400<br>Facsimile: (312) 755-4408<br>Email: *summerfield@stadheimgrear.com*<br><br>Attorney for Plaintiff<br>MobilOpsis, Inc. | MARK D. FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>CHRISTINE K. CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>DLA Piper LLP (US)<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br><br>DAVID ALBERTI (Bar No. 220625)<br>dalberti@feinday.com<br>YAKOV ZOLOTOREV (Bar No. 224260)<br>yzolotorev@feinday.com<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone: 650.618.4360<br><br>Attorneys for Defendant<br>Apple Inc. |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOBILOPSIS, INC.,<br>An Alberta Corporation,<br><br>     Plaintiff,<br><br>     v.<br><br>APPLE, INC.,<br> A California Corporation,<br><br>     Defendant. | Case No. CV 10-4456 SI<br><br>STIPULATION AND [~~PROPOSED~~] ORDER |

Whereas, on September 28, 2011, the aforementioned case was reassigned to the San Francisco division, to the Honorable Susan Illston for all further proceedings (Dkt. # 37);

Whereas, on September 30, 2011, the Court set a further case management conference for Wednesday, October 12, 2011 (Dkt. # 38);

Whereas, counsel for Apple is unavailable on October 12, 2011 and contacted the Court to determine alternative dates for the further case management conference;

Whereas, the Court indicated that a further case management conference could be continued to October 28, 2011 at 3:00 p.m.;

Whereas, counsel for Mobilopsis and counsel for Apple are available on October 28, 2011 at 3:00 p.m. for a further case management conference.

THEREFORE, , the parties hereby stipulate and agree to attend a further case management conference in the aforementioned matter on October 28, 2011 at 3:00 p.m. in lieu of the currently scheduled October 12, 2011 further case management conference.

**IT IS SO STIPULATED.**

| | |
|---|---|
| /s/ *George C. Summerfield* | /s/ *Christine K. Corbett* |
| George C. Summerfield | Mark Fowler |
| Stadheim & Grear Ltd. | Christine K. Corbett |
| 400 North Michigan Avenue | DLA Piper LLP (US) |
| Suite 2200 | 2000 University Avenue |
| Chicago, Illinois  60611 | East Palo Alto, CA 94303 |
| Telephone:  (312) 755-4400 | Telephone: (650) 833-2000 |
| Facsimile:  (312) 755-4408 | Facsimile: (650) 833-2001 |
| Email:  *summerfield@stadheimgrear.com* | Email: mark.fowler@dlapiper.com |
|  | Email: christine.corbett@dlapiper.com |
| Attorney for Plaintiff | |
| MobilOpsis, Inc. | Attorneys for Defendant |
|  | Apple Inc. |

IT IS SO ORDERED.

Dated: October  6 , 2011

_____
JUDGE ILLSTON
United States District Judge