| | |
|---|---|
| George C. Summerfield<br>Stadheim & Grear Ltd.<br>400 North Michigan Avenue<br>Suite 2200<br>Chicago, Illinois  60611<br>Telephone:  (312) 755-4400<br>Facsimile:  (312) 755-4408<br>Email:  summerfield@stadheimgrear.com<br><br>*Attorney for Plaintiff*<br>*MobilOpsis, Inc.* | MARK D. FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>CHRISTINE K. CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br><br>DAVID ALBERTI (Bar No. 220625)<br>dalberti@feinday.com<br>YAKOV ZOLOTOREV (Bar No. 224260)<br>yzolotorev@feinday.com<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone:  650.618.4360<br><br>*Attorneys for Defendant*<br>*Apple Inc.* |

**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOBILOPSIS, INC.,<br>An Alberta Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>APPLE, INC.,<br>A California Corporation,<br><br>       Defendant. | Case No. CV 10-04456-SI<br><br>STIPULATED DISMISSAL AND<br>[P~~ROPOSED~~] ORDER<br><br>Judge Susan Illston |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MobilOpsis, Inc. and Defendant, Apple Inc., hereby stipulate as follows:

(1)    All claims for relief asserted against APPLE INC. by MOBILOPSIS, INC. in this action are dismissed with prejudice; and

(2)    All counterclaims for relief against MOBILOPSIS, INC. by APPLE INC. in this action are dismissed without prejudice.

Each party to bear its own costs and attorneys' fees.

January 19, 2012                    Respectfully submitted,

/s/ *George C. Summerfield*                         /s/ *Christine K. Corbett*_____
George C. Summerfield                              Mark Fowler
Stadheim & Grear Ltd.                              Christine K. Corbett
400 North Michigan Avenue                          DLA Piper LLP (US)
Suite 2200                                         2000 University Avenue
Chicago, Illinois 60611                            East Palo Alto, CA 94303
Telephone: (312) 755-4400                          Telephone: (650) 833-2000
Facsimile: (312) 755-4408                          Facsimile: (650) 833-2001
Email: summerfield@stadheimgrear.com               Email: mark.fowler@dlapiper.com
                                                   Email: christine.corbett@dlapiper.com

*Attorney for Plaintiff*
*MobilOpsis, Inc.*                                 *Attorneys for Defendant*
                                                   *Apple Inc.*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: __1/19_____, 2012          _____
                                           The Honorable Judge Susan Illston

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2012, a true and correct copy of the foregoing *Stipulated Dismissal and [Proposed] Order* was served in accordance with Rule 5, Federal Rules of Civil Procedure on the following counsel of record:

| <u>Via CM/ECF</u> | <u>Via First Class Mail</u> |
|---|---|
| Mark D. Fowler<br>Christine K. Corbett<br>DLA PIPER LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2214 | David Alberti<br>FEINBERG DAY ALBERTI<br>    & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, California 94301 |
| Patrick Murphy, Senior Counsel<br>Patent Strategy & Licensing<br>Apple, Inc.<br>1 Infinite Loop, M/S 40-PAT<br>Cupertino, California 95014 | |
| Yakov Zolotorev<br>FEINBERG DAY ALBERTI<br>    & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, California 94301 | |

/s/ *George C. Summerfield*
George C. Summerfield
STADHEIM & GREAR, LTD.

*Attorney for MobilOpsis Inc.*