| | |
|---|---|
| George C. Summerfield<br>Stadheim & Grear Ltd.<br>400 North Michigan Avenue<br>Suite 2200<br>Chicago, Illinois 60611<br>Telephone: (312) 755-4400<br>Facsimile: (312) 755-4408<br>Email: summerfield@stadheimgrear.com<br><br>*Attorney for Plaintiff*<br>*MobilOpsis, Inc.* | MARK D. FOWLER (Bar No. 124235)<br>mark.fowler@dlapiper.com<br>CHRISTINE K. CORBETT (Bar No. 209128)<br>christine.corbett@dlapiper.com<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303<br>Telephone: (650) 833-2000<br>Facsimile: (650) 833-2001<br><br>DAVID ALBERTI (Bar No. 220625)<br>dalberti@feinday.com<br>YAKOV ZOLOTOREV (Bar No. 224260)<br>yzolotorev@feinday.com<br>Feinberg Day Alberti & Thompson LLP<br>401 Florence Street, Suite 200<br>Palo Alto, CA 94301<br>Telephone: 650.618.4360<br><br>*Attorneys for Defendant*<br>*Apple Inc.* |

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOBILOPSIS, INC.,<br>An Alberta Corporation,<br><br>      Plaintiff,<br><br>  v.<br><br>APPLE, INC.,<br>A California Corporation,<br><br>      Defendant. | Case No. CV 10-04456-SI<br><br>STIPULATED DISMISSAL AND<br>[PROPOSED] ORDER<br><br>Judge Susan Illston |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff MobilOpsis, Inc. and Defendant, Apple Inc., hereby stipulate as follows:

    (1)    All claims for relief asserted against APPLE INC. by MOBILOPSIS, INC. in this action are dismissed with prejudice; and

    (2)    All counterclaims for relief against MOBILOPSIS, INC. by APPLE INC. in this action are dismissed without prejudice.

    Each party to bear its own costs and attorneys' fees.

1

January 19, 2012                Respectfully submitted,

2

3 | /s/ George C. Summerfield | /s/ Christine K. Corbett
George C. Summerfield | Mark Fowler
4 | Stadheim & Grear Ltd. | Christine K. Corbett
400 North Michigan Avenue | DLA Piper LLP (US)
5 | Suite 2200 | 2000 University Avenue
Chicago, Illinois 60611 | East Palo Alto, CA 94303
6 | Telephone: (312) 755-4400 | Telephone: (650) 833-2000
Facsimile: (312) 755-4408 | Facsimile: (650) 833-2001
7 | Email: summerfield@stadheimgrear.com | Email: mark.fowler@dlapiper.com
Email: christine.corbett@dlapiper.com
8 | *Attorney for Plaintiff*
*MobilOpsis, Inc.* | *Attorneys for Defendant*
9 | | *Apple Inc.*

10

11   PURSUANT TO STIPULATION, IT IS SO ORDERED.

12

13   Dated: __1/19_____, 2012          _____
                                            The Honorable Judge Susan Illston
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulated Dismissal and [Proposed] Order
Case No. CV 10-4456-SI                                                    2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 19, 2012, a true and correct copy of the foregoing *Stipulated Dismissal and [Proposed] Order* was served in accordance with Rule 5, Federal Rules of Civil Procedure on the following counsel of record:

| <u>Via CM/ECF</u> | <u>Via First Class Mail</u> |
|---|---|
| Mark D. Fowler<br>Christine K. Corbett<br>DLA PIPER LLP<br>2000 University Avenue<br>East Palo Alto, California 94303-2214 | David Alberti<br>FEINBERG DAY ALBERTI<br>   & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, California 94301 |
| Patrick Murphy, Senior Counsel<br>Patent Strategy & Licensing<br>Apple, Inc.<br>1 Infinite Loop, M/S 40-PAT<br>Cupertino, California 95014 | |
| Yakov Zolotorev<br>FEINBERG DAY ALBERTI<br>   & THOMPSON LLP<br>401 Florence Street, Suite 200<br>Palo Alto, California 94301 | |

<u>/s/ *George C. Summerfield*</u>
George C. Summerfield
STADHEIM & GREAR, LTD.

*Attorney for MobilOpsis Inc.*